## Commonwealth *v.* Hazel, Appellant.

Before TROUTMAN, J., specially presiding.

Submitted March 18, 1969. *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hearn, Appellant.

Before BODLEY, J.

Submitted March 17, 1969. *Rodney D. Henry,* Public Defender, for appellant; *Howard T. Gathright,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.